UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWIN FIGUEROA-TORRES, *et al.*,<br><br>                                  Plaintiffs,<br><br>                  -v.-<br><br>DAVID KLEINER, *et al.*,<br><br>                                  Defendants. | 20 Civ. 4851 (KPF) (RWL)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 12, 2022, this matter was referred to Magistrate Judge Lehrburger for all purposes. (Dkt. #119). Consequently, the initial pretrial conference scheduled for November 17, 2022, before Judge Failla (*see* Dkt. #111), is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:  November 3, 2022
             New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge